| | | |
|---|---|---|
| MARGIE COTTER<br>7705 Queens Park Road<br>Pasadena, Maryland 21122 | * | IN THE |
| | * | CIRCUIT COURT |
| Plaintiff | * | OF MARYLAND |
| v. | * | FOR |
| WALMART, INC., d/b/a<br>Walmart Supercenter, Store #5382<br>8107 Governor Ritchie Highway<br>Pasadena, Maryland 21122 | * | ANNE ARUNDEL COUNTY |
| | * | |
| | * | |
| Serve On – Resident Agent: | * | Case No.: C-02-CV-24-000527 |
| The Corporation Trust, Inc.<br>2405 York Road<br>Suite 201<br>Lutherville-Timonium, MD 21093 | * | |
| | * | |
| Defendant | * | |

* * * * * * * * * * * * *

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff Margie Cotter, by and through her attorneys, Clinten J. Allgair and JOEL L. KATZ, L.L.C., herein sue the above-named Defendant, Walmart, Inc., d/b/a Walmart Supercenter #5382, and for reasons state as follows:

1. Plaintiff, Margie Cotter is a resident of Pasadena, Maryland.

2. Defendant, Walmart, Inc. (hereinafter "Walmart"), is a corporation registered in the state of Maryland which owns and operates the Walmart Supercenter Store Number 5382, located at 8107 Governor Ritchie Highway, Pasadena, Maryland.

3. The incident that gives rise to this lawsuit occurred in Anne Arundel County,

Maryland, within store premises of the Walmart Supercenter store located at 8107 Governor Ritchie Highway, Pasadena, Maryland, owned, operated and maintained by the Defendant Walmart, on or about December 31, 2022.

4. That on or about December 31, 2022, at approximately 3:00 p.m., Plaintiff Margie Cotter was a customer inside the above-referenced Walmart Supercenter store and had just gone through the store checkout and stopped near the customer service counter to make a cellular telephone call to her husband who was waiting for her in their vehicle in the store parking lot. While the Plaintiff was standing still making her telephone call, she was unexpectedly and forcefully struck from the rear by a large three (3) tiered wheeled cart being pushed by a Walmart store employee.

**COUNT I – NEGLIGENCE - WALMART**

5. Plaintiff, Margie Cotter, realleges, reavers and incorporates all of the above allegations, including paragraphs 1 through 4 as if set out and fully repeated herein.

6. That Defendant Walmart's store employee operated the Walmart wheeled cart in a negligent and careless manner by operating such cart at a high rate of speed; by failing to keep a proper and sufficient lookout of the area ahead of them; by failing to observe that the Plaintiff who was standing still and facing the opposite direction; and was in other ways negligent in striking the Plaintiff from behind with the wheeled cart being pushed.

7. Defendant Walmart's employee had a duty of care to use Defendant's wheeled push cart in proper fashion and breached this duty of care by failing to use such cart in a safe and proper manner.

8. Defendant Walmart's employee's negligence in the use of the wheeled push cart proximately caused Plaintiff to suffer serious injuries about her head, body and limbs, and to

suffer great mental and emotional anguish and to be in other ways injured. All such injuries and losses were caused solely by the negligence of the Defendant Walmart's employee, without any negligence or want of due care on the part of the Plaintiff.

9. As the above-referenced employee of Defendant Walmart was then acting within the scope of their employment with Defendant Walmart, in the Defendant Walmart's interests and with the use of the Defendant Walmart's wheeled push cart, Defendant Walmart is responsible for all negligent acts committed by their agent, servant, and/or employee.

WHEREFORE, Plaintiff Margie Cotter demands judgment as against the Defendant Walmart, Inc. (d/b/a Walmart Supercenter Store Number 5382) for compensatory damages in an amount in excess of Seventy Five Thousand Dollars ($75,000.00, plus), plus pre- and post-judgment interests, costs, attorney's fees, and such other and further relief as the nature of this case requires.

Clinten J. Allgair, Esquire
9512120016
Clint.Allgair@Joelkatzllc.com
**JOEL L. KATZ, LLC**
2060 West Street
Annapolis, MD 21401
(410) 841-5333

Attorneys for Plaintiff

**JURY DEMAND**

Plaintiff Margie Cotter herein requests that this matter be tried before a jury.

Clinten J. Allgair, Esquire
CPF No.: 9512120016

Clint.Allgair@Joelkatzllc.com
**JOEL L. KATZ, L.L.C.**
2060 West Street
Annapolis, MD 21401
(410) 841-5333

Attorneys for Plaintiff